FILED ENTERED LODGED RECEIVED

AO 106 (Rev. 04/10) Application for a Search Warrant

JAN 21 2014
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Washington

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
US Mail Parcel, bearing confirmation number EK061350844US

Case No. MJ14-22

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

US Mail Parcel, bearing confirmation number EK061350844US as more fully described in Attachment A.

located in the Western District of Washington, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- [x] evidence of a crime;
- [x] contraband, fruits of crime, or other items illegally possessed;
- [x] property designed for use, intended for use, or used in committing a crime;
- [ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, U.S.C. § 841 | Distribution of Controlled Substances & Unlawful Use of a Communications |
| Title 21, U.S.C. § 843 | Facility, (U.S. Mails) to Distribute Controlled Substances. |

The application is based on these facts:

See affidavit of Bryce K. Dahlin, U.S. Postal Inspector

- [x] Continued on the attached sheet.
- [ ] Delayed notice of _____ days (give exact ending date if more than 30 days: __________) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

[signature]
*Applicant's signature*

Bryce K. Dahlin, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 21, 2014

[signature]
*Judge's signature*

City and state: Seattle, Washington

James P. Donohue U.S. Magistrate Judge
*Printed name and title*

**STATE OF WASHINGTON** )
) **ss**
**COUNTY OF KING** )

**AFFIDAVIT**

BRYCE K. DAHLIN, being first duly sworn on oath, deposes and says:

**BACKGROUND**

1. **Affiant Background.** I am a U.S. Postal Inspector with the United States Postal Inspection Service (USPIS) and have been so employed since February, 2012. I am currently assigned to the Seattle Division, Prohibited Mails Narcotic Team, where I investigate controlled substances transported via the United States mails. I completed a twelve week Basic Inspector Training course in Potomac, Maryland, which included training regarding transportation of narcotics via the U.S. mails. I have also received training on the identification and interdiction of controlled substances. Prior to becoming a Postal Inspector, I served as an Officer in the United States Air Force for five years. I have also served as a Military Police K-9 handler specializing in drug detection. I hold a Bachelor of Science degree from the United States Air Force Academy in Business Management.

2. **Duties, Training & Experience.** As part of my duties, I investigate the use of the U.S. mails to illegally mail and receive controlled substances, the proceeds of drug trafficking, as well as other instrumentalities associated with drug trafficking, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances), and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances). As set forth below, my training and experience includes identifying parcels with characteristics indicative of criminal activity. During the course of my employment with the USPIS, I have participated in over one-hundred (100) criminal investigations involving suspicious parcels and controlled substances.

3. The information contained in this affidavit is based upon knowledge I gained from my investigation, my personal observations, my training and experience, and

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

investigation by other Inspectors, agents, and officers. Because the purpose of this affidavit is limited to setting forth probable cause to search the SUBJECT PARCELS, I have not set forth every fact of which I am aware pertaining to the investigation.

4. From my training and experience, I am aware that the United States Postal Service (USPS) mail system is often used to transport controlled substances and/or the proceeds from the sales of controlled substances throughout the United States. I have learned and observed that sometimes drug traffickers put controlled substances and proceeds in the same package. I also know that drug traffickers prefer mail/delivery service such as Priority Mail because of the reliability of this service as well as the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

5. In addition, I am aware that the USPS Express Mail service was custom-designed to fit the needs of businesses by providing overnight delivery for time sensitive materials. Business mailings often contain typewritten labels, are in flat cardboard mailers, and usually weigh less than eight (8) ounces. In addition, businesses using corporate charge accounts often print their account number on the Express Mail label in order to expedite transactions with USPS.

6. Based on my training and experience concerning the use of Express Mail for the transportation of controlled substances and/or the proceeds from the sales of controlled substances, I am aware these packages usually contain some or all of the following characteristics (which are different than characteristics of packages being sent by legitimate businesses):

a. Unlike typical business mailings which usually have typed labels, packages containing controlled substances and/or proceeds often have handwritten address information. In addition, the address information often contains misspelled words or incomplete/incorrect addresses. This is done in an effort to help conceal the identities of the individuals involved.

b. Express Mail packages containing controlled substances and/or proceeds often stand out from typical business mailings as they do not bear any

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

advertising on the mailing container/box, and are usually being mailed from one individual to another.

c. The sender and/or recipient addresses on Express Mail packages containing controlled substances and/or proceeds often either are fictitious, are persons not known to postal personnel familiar with the addresses listed.

d. The zip codes for the sender addresses on Express Mail packages containing controlled substances and/or proceeds is different from the zip codes of the post offices from where the parcels were mailed.

e. Express Mail packages containing controlled substances and/or proceeds are heavily taped with tape on the seams of the parcel, in an effort to conceal scent.

7. Inspectors who encounter a package with any or all of the above characteristics often further scrutinize the package through address verifications, narcotic-detecting canine examinations, and by obtaining search warrants based on probable cause.

**ITEMS TO BE SEARCHED**

8. As set forth in Attachment A, this affidavit is made in support of an application for a search warrant for two Express Mail Parcels, hereinafter referred to as "SUBJECT PARCEL 1 and SUBJECT PARCEL 2." These parcels are believed to contain controlled substances, paraphernalia or proceeds related to the distribution of controlled substances. The SUBJECT PARCELS are further described as follows:

- SUBJECT PARCEL 1: One Express Mail parcel addressed to "Richard Davis, PO Box 6076, Sitka, AK 99835." The return address listed is "Jesus Garcia, 3305 Highfeild [sic] Ct, Bellingham, WA 98225." This parcel is postmarked January 8, 2014 from zip code 98225 and carries $19.95 in postage. The delivery confirmation number for SUBJECT PARCEL 1 is: EK061350844US.

- SUBJECT PARCEL 2: One Express Mail parcel addressed to "Richard Davis, PO Box 6076, Sitka, AK 99835." The return address listed is Sky Paddock, 714 E.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Maple St., Bellingham, WA 98225." This parcel is postmarked January 9, 2014 from zip code 98225 and carries $19.95 in postage. The delivery confirmation number for SUBJECT PARCEL 2 is: EK061350858US.

**ITEMS TO BE SEIZED**

9. The application requests that law enforcement officers and agents be authorized to seize the following from the SUBJECT PARCELS, which constitute the fruits, instrumentalities, and evidence of mailing and distribution of controlled substances in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances) and 843(b) (unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances):

a. Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

c. Controlled substance-related paraphernalia;

d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

f. Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

**THE INVESTIGATION**

10. On December 10, 2013, Post Office employees identified a suspicious Express Mail parcel 420998359505500024093344000735 sent from "Brantley Davis, 501 Parkridge Rd., Bellingham WA 98225" addressed to "Richard Davis, PO Box 6076, Sitka AK 99835." Both names on parcel were confirmed by Postal Databases to be false.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

On December 13, 2013, a federal search warrant was obtained and executed finding 2.9g of brown heroin.

11. On January 11, 2014, Post Office employees in Sitka, Alaska identified certain characteristics of SUBJECT PARCEL 1 and SUBJECT PARCEL 2 as similar to the previously seized parcel containing heroin. The previously seized parcel, SUBJECT PARCEL 1 and SUBJECT PARCEL 2 were all mailed to the same address "Richard Davis, PO Box 6076, Sitka AK 99835."

12. The packaging and written address label of SUBJECT PARCEL 1 and SUBJECT PARCEL 2 are consistent with the appearance of the previously seized parcel found to contain controlled substances.

13. SUBJECT PARCEL 1 and SUBJECT PARCEL 2 were forwarded to Postal Inspectors in Seattle, Washington for further investigation and were received on January 16, 2014.

14. U.S. Postal Inspectors researched both the sender and addressee names and addresses listed on the SUBJECT PARCEL 1 by utilizing USPS and law enforcement databases. U.S. Postal Inspectors learned that no individual by the name of "Richard Davis" is associated with "PO Box 6076, Sitka, Ak 99835." Inspectors also learned that no individual by the name of "Jesus Garcia" is associated with the address "3305 Highfeild Ct, Bellingham, WA 98225."

15. U.S. Postal Inspectors researched both the sender and addressee names and addresses listed on the SUBJECT PARCEL 2 by utilizing USPS and law enforcement databases. U.S. Postal Inspectors learned that no individual by the name of "Richard Davis" is associated with "PO Box 6076, Sitka, Ak 99835." Inspectors also learned that no individual by the name of "Sky Paddock" is associated with "714 E. Maple St., Bellingham, WA 98225."

16. In addition, SUBJECT PARCEL 1 and SUBJECT PARCEL 2 were mailed from Bellingham, Washington a known drug source location, to Sitka, Alaska, a known drug receiving and trafficking area.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

17. Based on this information, at approximately 11:25 am on January 16, 2014, Inspectors placed SUBJECT PARCEL 1 in a line with four other control parcels. SUBJECT PARCEL 1 was placed in position #3. Customs and Border Protection Officer and K9 Handler Adam Chavez applied narcotic detecting canine "Pedro" to each of the parcels. Additional information regarding the training and qualifications of K9 "Pedro" are included in the Affidavit of CBP Officer Chavez, attached hereto and incorporated herein by reference.

18. Officer Chavez observed an immediate change in Pedro's behavior as he approached SUBJECT PARCEL 1 in position #3. Pedro alerted to SUBJECT PARCEL 1 by aggressively scratching and biting at the parcel after the sniff. Pedro is trained on an aggressive response.

19. At approximately 11:28 am on January 16, 2014, Inspectors placed SUBJECT PARCEL 2 in a line with four other control parcels. SUBJECT PARCEL 1 was placed in position #5. Customs and Border Protection Officer and K9 Handler Adam Chavez applied narcotic detecting canine "Pedro" to each of the parcels. Additional information regarding the training and qualifications of K9 "Pedro" are included in the Affidavit of CBP Officer Chavez, attached hereto and incorporated herein by reference.

20. Officer Chavez observed an immediate change in Pedro's behavior as he approached SUBJECT PARCEL 2 in position #5. Pedro alerted to SUBJECT PARCEL 1 by aggressively scratching and biting at the parcel after the sniff. Pedro is trained on an aggressive response.

**CONCLUSION**

21. Based on the facts set forth in this Affidavit, I believe there is probable cause to conclude that the SUBJECT PARCEL 1 and SUBJECT PARCEL 2 contain controlled substances, currency, documents, or other evidence, more fully identified in Attachment B, that relates to the mailing and distribution of controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute controlled substances) and 843(b) (unlawful use of a

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

communication facility, including the U.S. mails, to facilitate the distribution of controlled substances).

BRYCE K. DAHLIN
Postal Inspector, US Postal Inspection Service

SUBSCRIBED AND SWORN to before me this 21st day of January, 2014.

JAMES P. DONOHUE
U.S. MAGISTRATE JUDGE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT A**
Parcel to be searched

**SUBJECT PARCEL 1:**

One Express Mail parcel addressed to "Richard Davis, PO Box 6076, Sitka, AK 99835." The return address listed is "Jesus Garcia, 3305 Highfeild Ct, Bellingham, WA 98225." This is an express mail parcel with a weight of 3oz. This parcel is postmarked January 8, 2014 from zip code 98225 in Bellingham, Washington and carries $19.95 in postage. The delivery confirmation number for SUBJECT PARCEL 1 is: EK061350844US.

**SUBJECT PARCEL 2:**

One Express Mail parcel addressed to "Richard Davis, PO Box 6076, Sitka, AK 99835." The return address listed is Sky Paddock, 714 E. Maple St., Bellingham, WA 98225." This is an Express Mail parcel with a weight of 3 oz. This parcel is postmarked January 9, 2014 from zip code 98225 and carries $19.95 in postage. The delivery confirmation number for SUBJECT PARCEL 2 is: EK061350858US.Express



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ATTACHMENT B**
Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

a. Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

b. Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

c. Controlled substance-related paraphernalia;

d. Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

e. Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

f. Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970



**U.S. Customs and Border Protection**
**Department of Homeland Security**

Canine Enforcement Office
19339 28th Ave S., Bldg D
SeaTac, WA 98188

# AFFIDAVIT

I, Adam J. Chavez, am a Canine Officer with U.S. Customs and Border Protection, assigned to the Seattle-Tacoma area. My assigned canine, "Pedro" (CH-62) is certified in the detection of the odor of the following controlled substances: Marijuana, Hashish, Cocaine, Heroin, Methamphetamine and Ecstasy. "Pedro's" last certification was May 2nd, 2013.

Narcotic Detector Dogs within U.S. Customs and Border Protection are required to recertify yearly. Additionally, these canines are required to perform 8 hours of training in every 2 week pay period, along with the training conducted during the normal workday, which consists of two or more training exercises. This is to ensure that the Narcotic Detector dogs maintain their level of proficiency in the detection of the above stated narcotics.

I have been a Canine Officer since April 1991.

On January 16, 2014 at 1125hrs at the Seattle P&DC located at 10700 27th Ave S, Seattle, WA 98168. I along with Canine "Pedro" searched five packages that were placed in a line in the parking lot, four controlled packages and one suspect package. Canine "Pedro" alerted to USPS parcel tracking number EK061350858US which was in position #5. The package was mailed from Bellingham, WA on January 9, 2014. The USPS parcel is being shipped from Sky Paddock, 714 E. Maple st. Bellingham, WA 98225 to Richard Davis, PO Box 6076, Sitka, AK 99835.

Signed [signature] Date 1/16/14

Adam J. Chavez
U.S. Customs and Border Protection
Seattle, WA
(206) 396-1817 cell
(206)870-1787 fax
adam.j.chavez@cbp.dhs.gov

TRADITION

★

SERVICE

★

HONOR



**U.S. Customs and Border Protection**
**Department of Homeland Security**
**Canine Enforcement Office**
**19339 28th Ave S., Bldg D**
**SeaTac, WA 98188**

# AFFIDAVIT

I, Adam J. Chavez, am a Canine Officer with U.S. Customs and Border Protection, assigned to the Seattle-Tacoma area. My assigned canine, "Pedro" (CH-62) is certified in the detection of the odor of the following controlled substances: Marijuana, Hashish, Cocaine, Heroin, Methamphetamine and Ecstasy. "Pedro's" last certification was May 2nd, 2013.

Narcotic Detector Dogs within U.S. Customs and Border Protection are required to recertify yearly. Additionally, these canines are required to perform 8 hours of training in every 2 week pay period, along with the training conducted during the normal workday, which consists of two or more training exercises. This is to ensure that the Narcotic Detector dogs maintain their level of proficiency in the detection of the above stated narcotics.

I have been a Canine Officer since April 1991.

On January 16, 2014 at 1125hrs at the Seattle P&DC located at 10700 27th Ave S, Seattle, WA 98168. I along with Canine "Pedro" searched five packages that were placed in a line in the parking lot, four controlled packages and one suspect package. Canine "Pedro" alerted to USPS parcel tracking number EK061350844US which was in position #3. The package was mailed from Bellingham, WA on January 8, 2014. The USPS parcel is being shipped from Jesus Garcia, 3305 HighFeild Ct, Bellingham, WA to Richard Davis, PO Box 6076, Sitka, AK 99835.

Signed [signature] Date 1/16/14

Adam J. Chavez
U.S. Customs and Border Protection
Seattle, WA
(206) 396-1817 cell
(206)870-1787 fax
adam.j.chavez@cbp.dhs.gov

TRADITION ★ SERVICE ★ HONOR