# UNITED STATES DISTRICT COURT
for the
Western District of Washington

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>US Mail Parcel, bearing confirmation number<br>EK061350844US | ) <br> ) <br> ) Case No. MJ14-22 <br> ) <br> ) <br> ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Western____ District of ____Washington____
*(identify the person or describe the property to be searched and give its location)*:

US Mail Parcel, bearing confirmation number EK061350844US as more fully described in Attachment A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____February 4, 2014____
(not to exceed 14 days)

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge ____James P. Donohue____ or another WDWA Magistrate Judge.
(name)

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ____January 21, 2014 3pm____     _____/s/ James P. Donohue_____
                                                                                                  *Judge's signature*

City and state: ____Seattle, Washington____      ____James P. Donohue          U.S. Magistrate Judge____
                                                                              *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: MJ14-22 | Date and time warrant executed: 1-22-14 | Copy of warrant and inventory left with: Postal Service |
| Inventory made in the presence of: Inspector Connie Worrel |||
| Inventory of the property taken and name of any person(s) seized: |||

- .17g Black Tar Heroin, 8 capsule pills Methocarbamol, 4 pills Buprenorphine Hydrochloride, 2 pills Clonazepam
- One Hand written letter

BD BD BD BD BD

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1-23-14

Jan 28, 2014

JAD

_____
Executing officer's signature

Bryce Dublin, Inspector
Printed name and title

# ATTACHMENT A
## Parcel to be searched

**SUBJECT PARCEL 1:**

One Express Mail parcel addressed to "Richard Davis, PO Box 6076, Sitka, AK 99835." The return address listed is "Jesus Garcia, 3305 Highfeild Ct, Bellingham, WA 98225." This is an express mail parcel with a weight of 3oz. This parcel is postmarked January 8, 2014 from zip code 98225 in Bellingham, Washington and carries $19.95 in postage. The delivery confirmation number for SUBJECT PARCEL 1 is: EK061350844US.

**SUBJECT PARCEL 2:**

One Express Mail parcel addressed to "Richard Davis, PO Box 6076, Sitka, AK 99835." The return address listed is Sky Paddock, 714 E. Maple St., Bellingham, WA 98225." This is an Express Mail parcel with a weight of 3 oz. This parcel is postmarked January 9, 2014 from zip code 98225 and carries $19.95 in postage. The delivery confirmation number for SUBJECT PARCEL 2 is: EK061350858US.Express

ATTACHMENT A
PARCEL TO BE SEARCHED                    -1-

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ATTACHMENT B
## Items to be seized

The following items that constitute evidence, instrumentalities, or fruits of violations of Title 21, United States Code, Section(s) 841(a)(1) and 843(b), unlawful use of a communication facility, including the U.S. mails, to facilitate the distribution of controlled substances:

      a.    Controlled substances, including, but not limited to, cocaine, crack cocaine, heroin, hashish, marijuana, methamphetamine, MDMA, methadone, oxycodone, and Oxycontin;

      b.    Monetary instruments, including but not limited to, currency, money orders, bank checks, or gift cards;

      c.    Controlled substance-related paraphernalia;

      d.    Documentary evidence relating to the purchase, sale, and/or distribution of controlled substances;

      e.    Notes, letters and other items which communicate information identifying the sender and/or recipient or pertaining to the contents of the mailing; and

      f.    Fingerprints and/or handwriting, to identify who handled and/or mailed the package.

ATTACHMENT B
ITEMS TO BE SEIZED
-1-
UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970